```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT CASEY                       :           CIVIL ACTION
                                   :
          v.                       :
                                   :
XPEDX, et al.                      :           NO. 16-5135
```

ORDER

AND NOW, this 28th day of November, 2016, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Robert Casey to remand to the Philadelphia Court of Common Pleas (Doc. # 10) is GRANTED.

```
                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                             J.
```